**No. 39591.**—Protest 763839–G (B) of G. A. Vedovi & Co. (New York).

Opinion by KINCHELOE, J. On the authority of *Akawo* v. *United States* (T. D. 48067) the protest was sustained.

**No. 39592.**—Protests 842634–G, etc., of Alfred Field & Co., Inc. (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.

**No. 39593.**—Protest 929681–G of Carol Import Co. (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protest was sustained.

**No. 39594.**—Protest 797033–G of Roman Catholic Church of Hawaii (Honolulu).

Opinion by KINCHELOE, J. It was found that the amount of the printed text in the books forms a very significant feature. *Società Libraria Italiana* v. *United States* (G. A. 7929, T. D. 36539) cited. The claim for free entry under paragraph 1630 was sustained.

**No. 39595.**—Protest 925108–G of Browne Vintners Co., Inc. (New York).

Opinion by KINCHELOE, J. The pamphlets in question were held dutiable at only 15 percent under paragraph 1410 as of bona fide foreign authorship. *United States* v. *American Railway Express Co.* (17 C. C. P. A. 10, T. D. 43317) followed.